UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

BARNWELL, ET AL

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 445 ( ) ( )

Defendant __ABIMELEC JIMENEZ__ hereby voluntarily consents to participate in the following proceeding via __✓__ videoconferencing or __XX__ teleconferencing:

__✓__  Initial Appearance Before a Judicial Officer

__✓__  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer


/s/ Abimelec Jiminez by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

ABIMELEC JIMENEZ
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

KERRY LAWRENCE
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

9/9/2020
_____
Date

_____
Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge